

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.G.,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>Respondents. | Case No.:  26-cv-2487-RSH-AHG<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>[ECF Nos. 3, 4] |

On April 20, 2026, petitioner Z.G., a citizen of Ethiopia arrested by immigration authorities on or about July 22, 2025, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner contends that his immigration detention without a bond hearing pending removal proceedings has become unduly prolonged in violation of the due process clause. Petitioner requests his immediate release, or alternatively, a bond hearing at which the government bears the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight. Respondents do not oppose a bond hearing. ECF No. 7.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for Petitioner before an immigration court within ***fourteen (14) days*** of this order, at which the government bears the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight. The Court declines to

26-cv-2487-RSH-AHG

order Petitioner's immediate release or further injunctive relief, as the Petition does not set forth an adequate legal basis for such relief.

Petitioner's request to proceed by using his initials [ECF No. 4] is **GRANTED**.

Petitioner's request for a temporary restraining order [ECF No. 3] is **DENIED** as moot in light of the disposition above.

**IT IS SO ORDERED.**

Dated: April 24, 2026

Robert S Huie

Hon. Robert S. Huie
United States District Judge

26-cv-2487-RSH-AHG